# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)**: 22-15870

**Case Name**: Michael Zeleny v. Rob Bonta, et al.

**Counsel submitting this form**: Brian R. England

**Represented party/parties**: Appellant Michael Zeleny

*Briefly describe the dispute that gave rise to this lawsuit.*

Since at least 2005, Appellant has been actively attempting to protest the years-long cover up by New Enterprise Associates ("NEA") of serious, substantiated allegations of child molestation by a prominent partner of that firm. NEA enlisted the help of local authorities in its efforts to silence Zeleny's protests. As part of this effort, in 2012, Zeleny was falsely arrested and prosecuted for violation of California's "concealed carry" statutes for his peaceful, lawful protests, which involved the open carrying of an unloaded firearm. Zeleny vindicated himself by obtaining a complete acquittal in that case, and has sought to resume his lawful protests. In the interim, California adopted two criminal statutes, Penal Code, sections 26350 and 26400, which prohibit the carrying of unloaded handguns and rifles in any public place in a city or incorporated city and county in California, subject to certain exceptions. Among the exceptions are for authorized participants in film productions and entertainment events. In this action, Zeleny challenged California's ban on the open carrying of firearms as unconstitutional under the Second Amendment and Sections 26350 and 26400 as unconstitutional under the First, Second, and Fourteenth Amendments.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  1  Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

> After cross-motions for summary judgment. the Hon. Richard Seeborg granted summary judgment in Zeleny's favor against the City of Menlo Park on his Section 1983 claims and in favor of the State of California on the Second Amendment issues. Although the City of Menlo Park appealed the decision against it, that dispute subsequently settled and is not part of this appeal.
>
> By his appeal, Zeleny seeks review by the Ninth Circuit of Judge Seeborg's ruling that California's comprehensive gun control legislation is constitutional under the Second Amendment and that that Sections 26350 and 26400 are constitutional under the First, Second, and Fourteenth Amendments. Zeleny acknowledges that the United States Supreme Court's anticipated decision in New York State Rifle & Pistol Association v. Bruen, Docket No. 20-843, which is expected before the end of June, will impact this appeal (and numerous other Second Amendment cases pending with the Ninth Circuit) and that this appeal should be stayed pending the Supreme Court's decision.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

> Judge Seeborg's ruling on the cross-motions for summary judgment and granting Zeleny's attorneys' fees resolved all of the issues and no proceedings in this matter remain pending or outstanding in the District Court.
>
> There are no related proceedings in any other tribunal.

**Signature**   s/ Brian R. England       **Date**  Jun 17, 2022

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*