UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 10 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL ZELENY, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> ROB BONTA, California Attorney General, in his official capacity, <br><br> Defendant-Appellee, <br><br> and <br><br> CITY OF MENLO PARK, a municipal corporation; et al., <br><br> Defendants. | No. 22-15870 <br><br> D.C. No. 3:17-cv-07357-RS <br> Northern District of California, <br> San Francisco <br><br> ORDER |

The Clerk is directed to temporarily close this court's docket for administrative purposes until December 16, 2022. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time, any party may request that this appeal be reopened.

On or before December 1, 2022, counsel are requested to contact the mediator by email (Kay_Suk@ca9.uscourts.gov) to report on the status of the case.

Mediation

2

Counsel are requested to include the Ninth Circuit case name and number in the subject line.

                    FOR THE COURT:

                    By: Kyungah "Kay" Suk
                    Circuit Mediator