UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 02 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL ZELENY,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>ROB BONTA, California Atotrney General, in his official capacity,<br><br>        Defendant - Appellee,<br><br>CITY OF MENLO PARK, a municipal corporation; et al.,<br><br>        Defendants. | No. 22-15870<br><br>D.C. No. 3:17-cv-07357-RS<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER**<br><br>**(DIAL-IN CONFERENCE)** |

The administrative closure period is extended until April 28, 2023. At any time before that date, any party may request that this appeal be reopened.

A dial-in telephone conference will be held on April 17, 2023, at 10:00 a.m. **Pacific Time.** Each participant will receive an email with dial-in information.

Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.

FOR THE COURT:

Kyungah "Kay" Suk
Circuit Mediator

cl/mediation