UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL ZELENY,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>ROB BONTA, California Attorney General, in his official capacity,<br><br>        Defendant - Appellee,<br><br> and<br><br>CITY OF MENLO PARK, a municipal corporation; et al.,<br><br>        Defendants. | No. 22-15870<br><br>D.C. No. 3:17-cv-07357-RS<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER**<br><br>**(DIAL-IN CONFERENCE)** |

The administrative closure period is extended until May 15, 2023.

At any time before that date, any party may request that this appeal be reopened.

A dial-in telephone conference will be held on May 15, 2023, at 2:00 p.m. **Pacific Time.** Each participant will receive an email with dial-in information.

                                                          FOR THE COURT:

                                                          Kyungah Kay Suk
cl/mediation                                                           Circuit Mediator