UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 16 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL ZELENY, <br><br>      Plaintiff - Appellant, <br><br> v. <br><br> ROB BONTA, California Attorney General, in his official capacity, <br><br>      Defendant - Appellee, <br><br>  and <br><br> CITY OF MENLO PARK, a municipal corporation; et al., <br><br>      Defendants. | No. 22-15870 <br><br> D.C. No. 3:17-cv-07357-RS <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

The administrative closure period is extended until December 11, 2023. At any time before that date, any party may request that this appeal be reopened.

The dial-in telephone conference originally scheduled for November 20, 2023, is rescheduled to December 11, 2023, at 11:00 a.m. **Pacific Time.**

Each participant will receive an email modifying the dial-in information.

FOR THE COURT:

Kyungah Kay Suk
Circuit Mediator

cl/mediation