| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 12 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| MICHAEL ZELENY,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>ROB BONTA, California Attorney General, in his official capacity,<br><br>        Defendant-Appellee,<br><br> and<br><br>CITY OF MENLO PARK, a municipal corporation; et al.,<br><br>        Defendants. | No.   22-15870<br><br>D.C. No. 3:17-cv-07357-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

This appeal was administratively closed. The appeal is reopened.

The briefing schedule previously set by the court is reset as follows: appellant's opening brief is due February 26, 2024; appellee's answering brief is due March 27, 2024; appellant's optional reply brief is due within 21 days from the service date of the answering brief.

                                        FOR THE COURT:

                                        By: Kyungah "Kay" Suk<br>
                                        Circuit Mediator

Mediation