UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 04 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL ZELENY,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>ROB BONTA, California Attorney General, in his official capacity,<br><br>   Defendant - Appellee,<br><br> and<br><br>CITY OF MENLO PARK, a municipal corporation; et al.,<br><br>   Defendants. | No. 22-15870<br><br>D.C. No. 3:17-cv-07357-RS<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

This case is RELEASED from the Mediation Program.

FOR THE COURT:

Kyungah Kay Suk
Circuit Mediator

cl/mediation