UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | No. 22-15870

**Case Name** | Michael Zeleny v. Rob Bonta and City of Menlo Park, et al.

**Requesting Party Name(s)** | Plaintiff-Appellant Michael Zeleny

**I am:**
- ○ The party requesting the extension.
- ⦿ Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated
- ☐ Other (*you **must** describe the document*)

The requested new due date is: Apr 29, 2024

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

The attorney-client relationship has irreparably broken down such that Affeld England & Johnson cannot continue to represent Plaintiff-Appellant Zeleny. In conjunction with this request, current counsel is also filing a motion to withdraw. Mr. Zeleny is actively looking for new counsel. So as not to prejudice his rights, this extension is requested to provide him sufficient time to retain new counsel and prepare the opening brief.

**Signature** | s/ David W. Affeld | **Date** | Mar 15, 2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 14** | 1 | *New 12/01/2018*

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

This motion is my ☐ request.
**(Examples: first, second)**

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: ☐ .

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** ☐ **Date** ☐
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14** 2 *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [Appellant's opening] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: Mar 27, 2024

3. The brief's first due date was: Feb 26, 2024

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   Affeld England & Johnson is withdrawing from representation of Plaintiff-Appellant Zeleny following breakdown of the attorney-client relationship. This extension is requested to provide him time to retain new counsel, and to allow new counsel sufficient time to prepare the opening brief.

5. The position of the other party/parties regarding this request is:

   ☐ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   ☒ Unknown. I am unable to verify the position of the other party/parties because:

   Opposing counsel previously indicated they did not oppose this motion. We have not been able to verify their current position.

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** s/ David W. Affeld      **Date** Mar 15, 2024
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

**9th Cir. Case Number: 22-15870**

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**
[ ] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**
[x] I certify that I caused the foregoing/attached document(s) to be sent on this date by hand delivery today to the following unregistered case participants *(list each name and mailing/email address)*:

---

Michael Zeleny:

Hand delivery and mail - 7576 Willow Glen Road, Los Angeles, CA 90046

Email - zeleny@post.harvard.edu; larvatus@gmail.com

---

**Description of Document(s)** *(required for all documents)*:

---

MOTION FOR EXTENSION OF TIME

---

**Signature** /s/ David W. Affeld         **Date**  March 15, 2024