No. 22-15870

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

MICHAEL ZELENY,

*Plaintiff-Appellant*,

v.

ROB BONTA, California Attorney General, in his official capacity,

*Defendant-Appellee*,

CITY OF MENLO PARK, a municipal corporation; et al.,

*Defendants*,

On Appeal from the United States District Court
for the Northern District of California
No. 3:17-cv-07357-RS
Hon. Richard G. Seeborg

**MOTION TO WITHDRAW AS COUNSEL**

David W. Affeld
Brian R. England
Affeld England & Johnson LLP
2049 Century Park East, Suite 2460
Los Angeles, CA 90036
Tel: (310) 979-8700
dwa@agzlaw.com; bre@agzlaw.com
*Attorneys for Appellant*
Michael Zeleny

## MOTION TO WITHDRAW AS COUNSEL FOR APPELLANT MICHAEL ZELENY

David W. Affeld, Brian R. England, and the law firm of Affeld England & Johnson, LLP ("Counsel"), who are counsel in this action for appellant Michael Zeleny ("Zeleny"), hereby move this Court for an order allowing them to withdraw from their representation of Zeleny in this matter. In further support, Counsel state the following:

1. A conflict has arisen between Counsel and Zeleny such that Counsel's withdrawal is mandatory under rules of professional responsibility.

2. Zeleny has made it unreasonably difficult for Counsel to carry out their employment effectively. The breakdown in the attorney-client relationship has rendered continued representation of Plaintiff-Appellant impossible.

3. Counsel has notified Zeleny of their intent to withdraw, and has informed Zeleny that he must either retain new counsel or proceed *pro se* in this case.

4. If permitted to withdraw, Counsel will take all steps available to avoid any material adverse effect on Zeleny's interests. Concurrently with this motion, Counsel have filed a motion to continue the deadline for Zeleny's opening brief from March 27, 2024, to April 29, 2024.

5. Counsel notified Zeleny of their intention to withdraw. Counsel are informed that Zeleny has been seeking replacement counsel.

6.      Counsel previously notified counsel for Defendant-Appellee and Defendants of Counsel's request to withdraw, and they did not oppose it at that time. Counsel have not been able to reach counsel for Defendant-Appellee and Defendants to determine their current position.

WHEREFORE, Counsel respectfully request that the Court grant this Motion to Withdraw.

Date: March 15, 2024

Respectfully submitted,

*/s/ David W. Affeld*
David W. Affeld
Brian R. England
Affeld England & Johnson LLP

*Attorneys for Appellant Michael Zeleny*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

**9th Cir. Case Number: 22-15870**

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**
[ ] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**
[x] I certify that I caused the foregoing/attached document(s) to be sent on this date by hand delivery today to the following unregistered case participants *(list each name and mailing/email address)*:

> Michael Zeleny:
>
> Hand delivery and mail - 7576 Willow Glen Road, Los Angeles, CA 90046
>
> Email - zeleny@post.harvard.edu; larvatus@gmail.com

**Description of Document(s)** *(required for all documents)*:

> MOTION TO WITHDRAW AS COUNSEL

**Signature** /s/ David W. Affeld    **Date** March 15, 2024