UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL ZELENY, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> ROB BONTA, California Atotrney General, in his official capacity, <br><br> Defendant-Appellee, <br><br> and <br><br> CITY OF MENLO PARK, a municipal corporation; et al., <br><br> Defendants. | No. 22-15870 <br><br> D.C. No. 3:17-cv-07357-RS <br> Northern District of California, <br> San Francisco <br><br> ORDER |

The motion (Docket Entry No. 15) to withdraw as counsel for appellant is granted. The Clerk will amend the docket to reflect that David Affeld, Brian Ray England, and Affeld England & Johnson LLP are no longer counsel of record for appellant. Appellant remains represented by Damion Robinson.

Appellant's motion (Docket Entry No. 14) for an extension of time to file the opening brief is granted.

The opening brief is due April 29, 2024. The answering brief is due May 29, 2024. The optional reply brief is due within 21 days after service of the answering brief.

OSA167

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT