# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL ZELENY,<br><br>   Plaintiff-Appellant,<br><br>v.<br><br>ROB BONTA, California Attorney General, in his official capacity,<br><br>   Defendant-Appellee,<br><br>and<br><br>CITY OF MENLO PARK, a municipal corporation; et al.,<br><br>   Defendants. | No. 22-1580<br><br>D.C. No. 3:17-cv-07357-RS<br>Northern District of California,<br>San Francisco<br><br>**DECLARATION REGARDING NOTICE OF WITHDRAWAL OF COUNSEL** |

I, Damion Robinson, declare:

1. I was previously counsel of record for Plaintiff-Appellant Michael Zeleny in this matter. I have personal knowledge of the facts below. I submit this declaration in connection with the Notice of Withdrawal of Counsel submitted concurrently and to explain the circumstances.

2. I represented Mr. Zeleny through Affeld Grivakes LLP, now Affeld England & Johnson LLP.

3. In October of 2022, I left Affeld Grivakes LLP and joined a different law firm. Since that time, I have not been employed by Affeld Grivakes LLP or involved in this appeal in any way.

4. It appears that, due to inadvertence, notice was not filed indicating my departure from Affeld Grivakes LLP. As a result, I am still listed on the docket as counsel to Mr. Zeleny. Thus, when Mr. Zeleny's current counsel moved to withdraw, the resulting order indicated that I am still representing Mr. Zeleny. *See* Dkt. No. 16.

5. I have not represented Mr. Zeleny since October of 2022. At this time, neither I nor my current law firm have been engaged to represent him.

6. I am concurrently filing a Notice of Withdrawal of Counsel to correct my erroneous designation as counsel for Mr. Zeleny. I am also serving by email and personal delivery a copy of this Declaration and the Notice of Docket Activity reflecting the Notice of Withdrawal of Counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this April 8, 2024 at Los Angeles, California.

/s/ Damion Robinson
Damion Robinson

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s):** No. 22-1580

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

> By Hand Delivery and Email
> Michael Zeleny
> 7576 Willow Glen Road,
> Los Angeles, CA 90046
> zeleny@post.harvard.edu; larvatus@gmail.com

**Description of Document(s)** *(required for all documents)*:

> (1) Declaration Regarding Notice of Withdrawal of Counsel; (2) Notice of Docket Activity (Notice of Withdrawal of Counsel)

**Signature:** s/ Damion Robinson  **Date:** 4/8/2024

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 15**  *Rev. 12/01/2018*