No. 22-15870

# In the United States Court of Appeals
## for the Ninth Circuit

MICHAEL ZELENY

*Plaintiff-Appellants*,

v.

ROB BONTA,

*Defendant-Appellee*,

**Appeal from a Judgment of United States District Court
Northern District of California Case No. CV 17-7357 RS
Honorable District Court Judge Richard G. Seeborg**

**Appellant's Unopposed Motion to For Extension of Time**

Alan Alexander Beck
alan.alexander.beck@gmail.com
2692 Harcourt Drive
San Diego CA 92123
Phone: (619) 905-9105

*Attorney for Appellant*

## Introduction

In accordance with Federal Rule of Appellate Procedure Rule 27 and Ninth Circuit Rule 27-1, Plaintiff-Appellant Michael Zeleny moves this Court for a 60 day extension to file his opening brief. This would change the filing deadline from April 28, 2024, to June 27, 2024.

## This Motion is Unopposed

Counsel for Appellant has contacted counsel for the Appellees. They have indicated that they do not oppose this motion.

## Reason for the Extension

Counsel for Plaintiff just began his representation of Mr. Zeleny. This extension is required so that undersigned counsel can familiarize himself with the case and relevant law.

## Conclusion

The motion should be granted.

DATED: April 17, 2024.

Respectfully submitted,

/s/ Alan Beck

# CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024, an electronic PDF of APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

DATED: April 17, 2024.

          Respectfully submitted,

          /s/ Alan Beck