| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 19 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

MICHAEL ZELENY,

    Plaintiff-Appellant,

v.

ROB BONTA, California Atotrney General, in his official capacity,

    Defendant-Appellee,

 and

CITY OF MENLO PARK, a municipal corporation; et al.,

    Defendants.

No.   22-15870

D.C. No. 3:17-cv-07357-RS
Northern District of California,
San Francisco

ORDER

Appellant's motion (Docket Entry No. 25) for an extension of time to file the opening brief is granted.

The opening brief is due June 27, 2024. The answering brief is due July 29, 2024. The optional reply brief is due within 21 days after service of the answering brief.

          FOR THE COURT:

          MOLLY C. DWYER
          CLERK OF COURT

OSA146