No. 22-15870

# In the United States Court of Appeals for the Ninth Circuit

———————

MICHAEL ZELENY,
*Plaintiff-Appellant*,

v.

ROB BONTA, California Attorney General, in his official capacity,
*Defendant-Appellee*,

and

CITY OF MENLO PARK, a municipal corporation; DAVE BERTINI, an individual,
in his official capacity; NEW ENTERPRISEASSOCIATES, INC.,
a Delaware corporation,
*Defendants*.

———————

On Appeal from the United States District Court for Northern California,
San Francisco, No. 3:17-cv-07357-RS
The Honorable Richard G. Seeborg

———————

**EXCERPTS OF RECORD FOR APPELLANT MICHAEL ZELENY
INDEX VOLUME**

———————

ALAN ALEXANDER BECK
Attorney at Law
2692 Harcourt Drive
San Diego, California 92123
(619) 905-9105
Alan.alexander.beck@gmail.com

CASE NO. 22-15870
INDEX TO DOCUMENT REFERENCES IN THE
EXCERPTS OF RECORD

| Description of Item | Record Entry No. | Excerpt Page No. |
|---|---|---|
| **VOLUME 1** | | |
| Judgment (05/02/2022) | R.224 | ER-2 |
| Order Granting In Part & Denying In Part Plaintiff's Motions For Summary Judgment; Granting In Part & Denying In Part Defendants' Cross-Motions For Summary Judgment (07/13/2021) | R.192 | ER-4 |
| **VOLUME 2** | | |
| Declaration Of Damion Robinson In Support Of Plaintiff Michael Zeleny's Motion For Partial Summary Judgment Against California Attorney General Xavier Becerra (01/21/2021) | R.163-1 | ER-22 |
| Exhibit 1: Becerra's Second Amended Responses to Plaintiff Michael Zeleny's First Set of Interrogatories | | ER-25 |
| Exhibit 2: Becerra's Second Amended Responses to Plaintiff Michael Zeleny's Interrogatories, Set Two | | ER-67 |
| Exhibit 3: Expert Declaration of Michael Tristano | | ER-78 |
| Exhibit 4: Expert Declaration of Robert Latham Brown | | ER-84 |

1

| Description of Item | Record Entry No. | Excerpt Page No. |
|---|---|---|
| Exhibit 5: Excerpts of Volume II of the transcript of the deposition of Dave Bertini in this matter, testifying individually and as the Rule 30(b)(6) designee of the City of Menlo Park .................................................. | | ER-99 |
| Exhibit 6: Excerpts of the deposition of Blake Graham taken in this matter, testifying as the Rule 30(b)(6) designee of the State of California...................................................... | | ER-106 |
| Exhibit 7: State Auditor's Report ............. | | ER-112 |
| Declaration Of Michael Zeleny Motion For Partial Summary Judgment Against Attorney General Xavier Becerra (01/21/2021).................. | R.163-2 | ER-122 |
| Exhibit 1: Entertainment Firearms Permit | | ER-126 |
| Declaration Of John W. Killeen In Support Of Motion For Summary Judgment By California Attorney General Xavier Becerra (01/21/2021).. | R.161-1 | ER-130 |
| Exhibit 1: Document produced, bates-stamped ZEL0070 to ZEL0075 ................ | | ER-133 |
| Exhibit 2: Excerpts from the transcript of Mr. Zeleny's deposition ............................ | | ER-140 |
| Exhibit 3: Document produced, bates-stamped ZEL0007 ..................................... | | ER-235 |
| Exhibit 4: Document produced, bates-stamped ZEL0001 to ZEL0003 ................ | | ER-237 |

| Description of Item | Record Entry No. | Excerpt Page No. |
|---|---|---|
| Exhibit 5: Document produced, bates-stamped ZEL0248 to ZEL0258 ................ | | ER-241 |
| Exhibit 6: Excerpts from the transcript of Chief Bertini's deposition ......................... | | ER-253 |
| Exhibit 7: Document produced, bates-stamped ZEL0181 to ZEL0182 ................ | | ER-272 |
| Exhibit 8: Document produced, bates-stamped MP000234 to MP000240............ | | ER-275 |
| Exhibit 9: Document produced, bates-stamped ZEL0167 ...................................... | | ER-283 |
| Exhibit 10: Excerpts from the transcript of Mr. Hardy's deposition ............................. | | ER-285 |
| Exhibit 11: Expert Report of Robert Latham Brown............................................ | | ER-294 |
| Exhibit 12: Expert Report of Michael Tristano ...................................................... | | ER-309 |

**VOLUME 3**

| Description of Item | Record Entry No. | Excerpt Page No. |
|---|---|---|
| Answer of Defendants City of Melo Park and Dave Bertini to Second Amended Complaint (09/25/2019) ......................................................... | R.101 | ER-316 |
| Defendant Attorney General Xavier Becerra's Answer to Plaintiff Michael Zeleny's Second Amended Complaint (09/10/2019)...................... | R.100 | ER-337 |
| Second Amended Complaint (08/30/2019)......... | R.99 | ER-374 |
| Notice of Appeal (06/01/2022) .......................... | R.226 | ER-420 |

| Description of Item | Record Entry No. | Excerpt Page No. |
| --- | --- | --- |
| District Court Docket Sheet for the U.S. District Court California Northern District (San Francisco) No. 3:17-cv-07357-RS ..................... | N/A | ER-422 |

4