No. 22-15870

# In the United States Court of Appeals
## for the Ninth Circuit

MICHAEL ZELENY,
*Plaintiff-Appellant*,

v.

ROB BONTA, California Attorney General, in his official capacity,
*Defendant-Appellee*,

and

CITY OF MENLO PARK, a municipal corporation; DAVE BERTINI, an individual, in his official capacity; NEW ENTERPRISE ASSOCIATES, INC., a Delaware corporation,
*Defendants*.

**Appeal from a Judgment of United States District Court of the Northern District of California Case No. 3:17-cv-07357-RS Honorable District Court Judge Richard G. Seeborg**

**Motion to Hear Case with Other Case**

Alan Alexander Beck
alan.alexander.beck@gmail.com
2692 Harcourt Drive
San Diego, CA 92123
Phone: (619) 905-9105

*Attorney for Appellant*

## Motion to Hear Case with Other Case

Comes now the Plaintiff-Appellant, Michael Zeleny, brings this motion to have his case heard alongside Ninth Circuit appeal *Baird v. Bonta* No. 24-565. Counsel for the Plaintiff-Appellant in *Baird v. Bonta* No. 24-565 consents to this motion. Pursuant to F.R.A.P. 28-2.6 "[c]ases are deemed related if they: (a) arise out of the same or consolidated cases in the district court or agency; (b) raise the same or closely related issues; or (c) involve the same transaction or event." *Id.* Pursuant to Circuit Advisory Committee Note to Rules 34-1 to 34-3(1) this Court has the authority to grant this motion.

> Appeals Raising the Same Issues. When other pending cases raise the same legal issues, the Court may advance or defer the hearing of an appeal so that related issues can be heard at the same time. Cases involving the same legal issue are identified during the Court's inventory process. The first panel to whom the issue is submitted has priority. Normally, other panels will enter orders vacating submission and advise counsel of the other pending case when it appears that the first panel's decision is likely to be dispositive of the issue. Panels may also enter orders vacating submission when awaiting the decision of a related case before another court or administrative agency. (Rev. 12/1/09).

*Id.*

This Court should grant this motion because both cases challenge the same statute on Second Amendment grounds. Both Mr. Zeleny and Mr. Baird challenge Cal. Pen. Code § 26350 which prohibits the unloaded open carry of handguns on

Second Amendment grounds. *See* Zeleny Opening Brief at 3 and Baird Opening Brief at 2-3. Both cases are still in briefing and neither appeal has been assigned an oral argument date. Both Plaintiffs agree that their respective briefing complement each other. Hearing both appeals together would give this Court a better understanding of the legal issues at play here.

    The Defendant-Appellee in both appeals is Attorney General Rob Bonta in his Official Capacity. Defendant-Appellee Bonta would thus also benefit from having these appeals heard together because it would allow him to streamline his efforts such as by assigning the same attorneys to both appeals and not being required to have separate argument days. For the reasons raised above, this Court should grant this motion.

Dated: June 27, 2024.

                              Respectfully submitted,

                              *s/ Alan Alexander Beck*

                              ALAN ALEXANDER BECK
                              Attorney at Law
                              2692 Harcourt Drive
                              San Diego, California 92123
                              Telephone: (619) 905-9105
                              Email: alan.alexander.beck@gmail.com

                              *Attorney for Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2024, an electronic PDF of Appellant's Motion to Hear Case with Other Case was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

DATED: June 27, 2024.

Respectfully submitted,

/s/ Alan Beck