# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

July 1, 2024

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

     **Re:** *Zeleny v Bonta et. al.* No. 22-15870

Dear Ms. Dwyer:

     I am writing this Court to inform it of authority that should have been included in the opening brief but was only discovered after its filing. The California Court of Appeals has held that a firearm is not loaded if the shell or cartridge is stored elsewhere and not yet placed in a firing position. *See People v. Clark*, 45 Cal. App. 4th 1147, 1153 (1996) (attached). In *Clark*, the Defendant had shotguns shells which were placed in a separate storage compartment of a shotgun. The Court found that the firearm was not "loaded" as the term is commonly understood. *Id.* The Court found under the commonly understood meaning of the term "loaded," a firearm is "loaded" when a shell or cartridge has been placed into a position from which it can be fired. *Id.* A firearm is not "loaded" if the shell or cartridge is stored elsewhere and not yet placed in a firing position. A firearm does not become "loaded" if there is a loaded magazine or other ammunition close at hand.

     This case supports Mr. Zeleny's argument on page 16-17 of his Opening Brief that if the unloaded open carry ban were removed, he would be able to keep ammunition on his person or adjacent to him which he could load into his firearm in a self-defense situation.

     Prior to the current ban on unloaded open carry, numerous police departments applied this interpretation of California law to instruct its officers that it was legal for citizens to keep ammunition adjacent or on their person while carrying an unloaded firearm. Some of these instructions are linked below and are attached to this letter.

https://info.publicintelligence.net/OceansideOpenCarry.pdf (Oceanside Police Department) (Attached)

# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

https://www.hoffmang.com/firearms/carry/OCSD%20Training%20Bulletin.pdf (Orange County Sherriff's Department) (Attached)

https://www.calgunlaws.com/wp-content/uploads/2012/09/LA-County-Sheriff-Department_Openly-Carried-Firearms.pdf (L.A. County Sherriff Department) (Attached)

https://calgunlaws.com/wp-content/uploads/2014/03/LA-County-District-Attorneys-Office_One-Minute-Brief-12.23.08.pdf (L.A. County District Attorney's Office) (Attached)

https://calgunlaws.com/wp-content/uploads/2014/03/Torrance-PD-Training-Bulletin-Open-Carry-Movement-August-20-2009.pdf (Torrance Police Department) (Attached)

Yours very truly,

/s/ Alan Beck
Alan Beck

# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

CERTIFICATE OF SERVICE

    I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 304 words as calculated by Microsoft Office 365.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 1st day of July 2024

s/ Alan Beck