# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| <u>alan.alexander.beck@gmail.com</u>

August 7, 2024

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA  94103

    **Re:** *Zeleny v Bonta et. al.* No. 22-15870

Dear Ms. Dwyer:

    I write this Court to inform it of authority that was overlooked when preparing the opening brief. Rather than submit it in the reply brief, I am submitting it now so that Defendant can have a chance to address it in its answering brief. *Norman v. State*, 215 So. 3d 18 (Fla. 2017)(attached) was a pre-*Bruen* challenge to Florida's open carry ban. In *Norman*, the Florida Supreme Court upheld Florida's open carry ban.  It applied the pre-*Bruen* "two-step test that Courts of Appeals have developed to assess Second Amendment claims". *New York State Rifle & Pistol Assn., Inc. v. Bruen*, 597 U.S. 1, 18 (2022). That test required that a Court determine whether a law falls within the historical scope of the Second Amendment and if it does apply a level of scrutiny.  The Court found Florida's open carry ban implicated step one of the test. "As to the first prong, Florida's Open Carry Law is related to the core of the constitutional right to bear arms for self-defense because it prohibits the open carrying of firearms in public where a need for self-defense exists. *Id* at 37.

    The Court then upheld the open carry ban by applying intermediate scrutiny because it was "satisfied that the State's prohibition on openly carrying firearms in public with specified exceptions—such as authorizing the open carrying of guns to and from and during lawful recreational activities—while still permitting those guns to be carried, albeit in a concealed manner, reasonably fits the State's important government interests of public safety and reducing gun-related violence." *Norman at* 41. *Bruen* expressly replaced the two-step with its historical test. But it found "[s]tep one of the predominant framework is broadly consistent with Heller, which demands a test rooted in the Second Amendment's text, as informed by history." *Bruen*, at 19.  By applying intermediate scrutiny, the Court made an express finding that open carry is within the historical scope of the Second Amendment even when concealed carry is available. Thus, under the

# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

analysis required by *Bruen*, *Norman* supports Mr. Zeleny's challenge to California's open carry ban.

Yours very truly,

/s/ Alan Beck
Alan Beck

# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

## CERTIFICATE OF SERVICE

    I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 348 words as calculated by Microsoft Office 365. I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 7th day of August 2024

s/ Alan Beck