# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

August 14, 2024

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA  94103

     **Re:** *Zeleny v Bonta et. al.* No. 22-15870

Dear Ms. Dwyer:

     I write this Court to inform it of today's oral argument in *Nguyen v Bonta* 24-2036 (9th Cir. Argued 8/14/2024). This case deals with California's law which prohibits the purchase of more than one firearm every thirty days. This law has a exemption for movie producers just like the law at issue in Mr. Zeleny's case. Judge Owen said that he found the exemption "very troubling" and otherwise expressed doubts about its constitutionality under an interest balancing analysis. *See* Oral Arg. at 37:55-38:55, *Nguyen v Bonta* 24-2036 (9th Cir. Argued 8/14/2024). available at https://youtu.be/sv9RXRqKfLU?t=2269 .  Judge Owen's comments are very supportive of Mr. Zeleny's challenge to California's open carry ban, especially regarding his equal protection claim which challenges the exemption for movie studio personnel. Mr. Zeleny's equal protection challenge requires this Court to analyze California's exemption for movie personnel under both strict scrutiny and rational basis review. And under either tier of scrutiny, California's exemption to its open carry law for movie personnel is unconstitutional.

     Yours very truly,

                                       /s/ Alan Beck
                                       Alan Beck

# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

CERTIFICATE OF SERVICE

    I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 140 words as calculated by Microsoft Office 365. I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 14th day of August 2024

s/ Alan Beck