|  | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 28 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

MICHAEL ZELENY,

      Plaintiff-Appellant,

 v.

ROB BONTA, California Attorney General, in his official capacity,

      Defendant-Appellee,

 and

CITY OF MENLO PARK, a municipal corporation; et al.,

      Defendants.

No. 22-15870

D.C. No. 3:17-cv-07357-RS
Northern District of California,
San Francisco

ORDER

Before: SCHROEDER, M. SMITH, and HURWITZ, Circuit Judges.

The motion (Docket Entry No. 38) to vacate and remand is granted. The district court's May 2, 2022 judgment in favor of appellee Rob Bonta is vacated. This case is remanded to the district court for proceedings consistent with *New York State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022).

All pending motions are denied as moot.

**VACATED and REMANDED.**

OSA113